AO 91 (Rev.5/85) Criminal Complaint                                    Date of Arrest: 10/13/2017

# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.
Yahir ACOSTA-Vidal
Citizen of: Mexico
YOB: 1989
A 201 271 967

CRIMINAL COMPLAINT

CASE NUMBER: 17-1812MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about October 13, 2017, Defendant Yahir ACOSTA-Vidal, an alien, was found in the United States at or near Kingman, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona on July 4, 2014. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Reviewed by AUSA Louis ULI
for GH/ussop

Sworn to before me and subscribed in my presence,

Signature of Complainant
Gloria L. Duarte
Deportation Officer

10/17/2017                          at              Yuma, Arizona
Date                                                City and State

James F. Metcalf, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

I, Deportation Officer Gloria L. Duarte, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:             Yahir ACOSTA-Vidal

Dependent:             None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. The Defendant has been removed from the United States on two occasions. The Defendant was last removed to Mexico through Nogales, Arizona on July 4, 2014.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/06/12 | Phoenix, AZ | Facilitation to Commit Possession of Marijuana for Sale | 1 year prison |
| 10/06/17 | Mohave County, AZ | Money Laundering Possession/Transportation of Marijuana for Sale, Possession of Drug Paraphernalia | No disposition-Charges were/have not been filed |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found on or about October 13, 2017, near Kingman, Arizona. The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Immigration and Customs Enforcement Officers while detained at the Mohave County Sheriff's Office, Kingman, Arizona.

On October 6, 2017, the Defendant was referred to Immigration and Customs Enforcement Officer from law enforcement authorities in Kingman, Arizona as a foreign born national arrested for charges of money laundering, possession and transportation of marijuana for sale and possession of drug paraphernalia. Through record checks and database information Deportation Officers determined that the Defendant is an undocumented national of Mexico and illegally in the United States after having been previously ordered removed from the United States by an Immigration Judge. Deportation Officers determined that the Defendant was first ordered removed at or near Eloy, Arizona on or about October 2, 2012. The Defendant was most recently removed on or about July 4, 2014, through the port of Nogales, Arizona. On October 6, 2017, an I-247-Immigration Detainer was lodged with the Mohave County Sheriff's Office.

On October 13, 2017, the Defendant was released from the Mohave County Sheriff's Office pending transportation to the Yuma Office for processing. On October 16, 2017, the Defendant was transported to the Yuma Office. On October 16, 2017, during processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

Charges:   8 USC§1326                    (Felony)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 17, 2017

_____
Signature of Judicial Officer